IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JOHENKINS,<br>　　　　Plaintiff<br><br>　　v.<br><br>ROBERT WILLIAMS, *et al.*,<br>　　　　Defendants | No. 3:25cv0007<br><br>(Judge Munley)<br><br>(Chief Magistrate Judge Bloom) |

## ORDER

**AND NOW**, to wit, this 17th day of March 2025, before the court for disposition is Chief Magistrate Judge Daryl F. Bloom's report and recommendation, ("R&R"), which proposes the dismissal of plaintiff's civil rights complaint. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

The R&R suggests dismissal of the complaint because it fails to state a claim upon which relief can be granted as plaintiff' claim is barred by the statute

of limitations. Additionally, plaintiff does not allege personal involvement by any of the defendants other than Officer Williams, and with regard to Officer Williams, plaintiff fails to state a Fourth Amendment claim. (Doc. 8). After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted. It is hereby **ORDERED** as follows:

1) Judge Bloom's R&R (Doc. 8) is **ADOPTED**;

2) The plaintiff's complaint (Doc. 1) is **DISMISSED** with prejudice; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court